**Appeal Dismissed and Memorandum Opinion filed May 12, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00060-CR

**KENNETH RAY SOWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1007515**

## MEMORANDUM OPINION

The record before this court contains no appealable order. On March 22, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).